UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMORY DOMINGUEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY COURT,<br>CENTRAL SAN DIEGO COURT,<br><br>                    Defendants. | Case No.:  24-CV-2308 JLS (BLM)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE** |

Plaintiff Armory Dominguez, currently detained at Atascadero State Hospital and proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 (ECF No. 1), but has neither paid the required filing fees nor moved to proceed without prepaying them. His case must therefore be dismissed.

Typically, parties instituting a civil action in the United States district court must pay filing fees of $405.[1] *See* U.S.C. § 1914(a).  But if granted the right to proceed *in forma pauperis* ("IFP"), a plaintiff need not prepay those fees. *Rodriguez v. Cook*, 169 F.3d 1176,

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional admirative fee of $55.  *See* 38 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023).  The $55 administrative fee does not apply to persons granted leave to proceed without prepayment. *Id.*

1

1177 (9th Cir. 1999).[2]

Dominguez has neither prepaid the filing fee nor moved to proceed IFP. Accordingly, this case is **DISMSSED** without prejudice. If Dominguez wishes to proceed, by February 13, 2025, he must either: (a) prepay the entire $405 civil filing and administrative fees in full; or (b) complete and file a motion to proceed IFP that includes a certified copy of his trust account statement for the six-month period preceding the filing of his complaint. *See* U.S.C. § 1915(a)(2); CivLR 3.2(b). The Clerk is directed to send, along with this order, a copy of this Court's approved form IFP motion.

If Dominguez pays the fees or files a motion to proceed IFP by the deadline, the Clerk of Court will reopen the case. If he has done neither by the deadline, this civil action will remain dismissed without prejudice pursuant to 28 U.S.C. § 1914(a) without further order of the Court.

**IT IS SO ORDERED**

Dated: December 16, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

[2] The Court notes that "prisoners" who are granted IFP status remain obligated to pay the filing fee in "increments" even if their cases are ultimately dismissed. *See Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); 28 U.S.C. § 1915(b)(1)–(2). Most civil detainees, however, are not "prisoners" within the meaning of the Prison Litigation Reform Act ("PLRA"), and thus are not required to pay the court's filing fee after being granted IFP status. *See Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000); 28 U.S.C. § 1915A.